IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Grand Dakota Management, LLC, and Grand Dakota Partners, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| Days Inn Worldwide, Inc., a Delaware corporation, | ) ) ) | Case No.  1:09-cv-082 |
| Defendant. | ) | |

Before the court is the Plaintiffs' motion for attorney Scott E. Korzenowski to appear *pro hac vice* on their behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Scott E. Korzenowski has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiffs' motion (Docket No. 3) is **GRANTED**.  Attorney Scott E. Korzenowski is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2009.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge